DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEREMY S. KROGER, Bar # 258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
VICTOR OMAR FRANCO-MELENDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:11-cr-00191 AWI |
|---|---|---|
| Plaintiff, | ) ) ) | AMENDED STIPULATION TO CONTINUE |
| v. | ) ) | STATUS CONFERENCE HEARING; ORDER THEREON |
| VICTOR OMAR FRANCO-MELENDEZ, | ) ) | Date: September 12, 2011 |
| Defendant. | ) ) ) | Time: 9:00 a.m. Dept : Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled for August 22, 2011, **may be continued to September 12, 2011, at 9:00 a.m.**

The parties agree to this brief continuance so that they may continue negotiations and so that counsel for Mr. Franco-Melendez has sufficient opportunity to travel to Lerdo to discuss the pending offer. The requested continuance will conserve time and resources for all parties and the court.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

BENJAMIN B. WAGNER
United States Attorney

DATED: August 18, 2011

/s/ Ian L. Garriques
IAN L. GARRIQUES
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: August 18 , 2011

/s/ Jeremy S. Kroger
JEREMY S. KROGER
Assistant Federal Defender
Attorney for Defendant
Victor Omar Franco-Melendez

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated:   August 22, 2011

CHIEF UNITED STATES DISTRICT JUDGE